# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHARLES W. REED #88172, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00874 |
| ) | Judge Trauger |
| UNIT MANAGER n/f/u DEATHROW, ) | |
| CHARLTON DEATHROW, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On September 26, 2017, the magistrate judge issued a Report and Recommendation (DE #87), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendant's Motion for Summary Judgment (Docket No. 79) is GRANTED, and this case is DISMISSED with prejudice. Any appeal would not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 23rd day of October 2017.

_____
ALETA A. TRAUGER
U.S. District Judge